**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NVE CORPORATION,

        Plaintiff,

   v.

EVERSPIN TECHNOLOGIES, INC.,

        Defendant.

CASE NO. 12-cv-00006-JRT-JJG

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, NVE Corporation, and Defendant, Everspin Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and pursuant to an agreement by the parties, hereby move for an order dismissing NVE's claims in this action WITH PREJUDICE and dismissing Everspin's defenses and counterclaims WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

1

Dated: April 8, 2014

s/Ted C. Koshiol_____
Kurt J. Niederluecke (# 271597)
Ted C. Koshiol (# 390542)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Email: kniederluecke@fredlaw.com
tkoshiol@fredlaw.com
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

Timothy S. Teter (admitted pro hac vice)
Jeffrey S. Karr (admitted pro hac vice)
Benjamin G. Damstedt (admitted pro hac vice)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Email:        tteter@cooley.com
              jkarr@cooley.com
              bdamstedt@cooley.com
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Nathan Cummings (admitted pro hac vice)
COOLEY LLP
One Freedom Square, Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Email:        ncummings@cooley.com
Telephone:    (703) 456-8000
Facsimile:    (703) 456-8100

ATTORNEYS FOR EVERSPIN
TECHNOLOGIES, INC.

Dated:  April 8, 2014

s/ David R. Fairbairn
David R. Fairbairn (28,125)
Kinney & Lange, P.A.
The Kinney & Lange Building
312 South 3rd Street
Minneapolis, MN  55402
Email:    drfairbairn@kinney.com
Telephone: (612) 339-1863
Facsimile: (612) 339-6580

ATTORNEY FOR DEFENDANT
NVE CORPORATION

2